```
1  SCOTT N. JOHNSON, ESQ., SBN 166952
   Law Offices of SCOTT N. JOHNSON
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224

5  Attorney for Plaintiff Scott N. Johnson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON )<br>)<br>      Plaintiff, )<br>)<br>   vs. )<br>)<br>Denny's Inc., et al, )<br>)<br>      Defendants )<br>) | Case No.: CIV.S 07-cv-02318-MCE-EFB<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed: OCTOBER 29, 2007 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

Dated: January 14, 2008        Harrington, Foxx, Dubrow & Canter, LLP

/s/Henry A. Wirta
HENRY A. WIRTA,
Attorneys for Defendant DENNY'S, INC.

Dated: January 11, 2008        /s/Scott N. Johnson
SCOTT N. JOHNSON
Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated: January 25, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE